**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MICHAEL AND BEATA SHAHWAN | ) | Honorable Judge Jacqueline P. Cox |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-15806 |
| | ) | |
| | ) | Hearing: December 21, 2011 at 9:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I will appear on Wednesday, December 21, 2011 at 9:30 a.m. before the Honorable Judge Jacqueline Cox, or any other Judge sitting in her stead, in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the **Final Application for Compensation for Professional Services of Forrest L. Ingram, P.C. on Shortened Notice,** attorneys for the Debtor and Debtor in Possession, and request entry of an order in accordance with the application, AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Forrest L. Ingram
One of Debtors' attorneys

Forrest L. Ingram #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Andrew Meyer, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, on or before 5:00 p.m., December 8, 2011.

/s/ Andrew Meyer

## Service List

**VIA CM/ECF**

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**William W Thorsness**
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601

**Adham Alaily**
Ehrenberg & Egan LLC
330 N. Wabash Avenue, Suite 2905
Chicago, IL 60611

**Jose G Moreno**
Codilis & Associates
15W030 N Frontage Road
Suite 100
Burr Ridge, IL 60527

**VIA U.S. MAIL**

Michael and Beata Shahwan
8525 N. Western Ave.
Niles, IL 60714

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MICHAEL AND BEATA SHAHWAN | ) | Honorable Judge Jacqueline P. Cox |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 11-15806 |
| | ) | |
| | ) | Hearing: December 21, 2011 at 9:30 a.m. |

**FINAL APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES ON BEHALF OF MICHAEL AND BEATA SHAHWAN BY FORREST L. INGRAM, P.C.**

Forrest L. Ingram, P.C. ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtors and Debtors in Possession Michael and Beata Shahwan ("Debtors"), hereby makes its final application for compensation ("Application") pursuant to Section 331 of the United States Bankruptcy Code, Federal Rule of Bankruptcy Procedure 2016, and Local Rule 607 and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from November 1, 2011 through December 21, 2011, and to shorten the 21-day notice period required by Federal Rule of bankruptcy Procedure 2002(a)(6). In support thereof, Applicant states as follows:

1. Due to the Court's holiday calendar, the fact that Debtors' Motion to Voluntarily Dismiss the Chapter 11 case is set for December 21, 2011, and pursuant to the Court's oral permission to present Applicant's Final Application for Professional Compensation on December 21, 2011, Applicant requests that this Court shorten the notice requirement of Rule 2002(a)(6) so that this application may be heard and order entered before the holidays and the New Year.

2. Setting this matter for December 21, 2011 will allow this Court to more expeditiously resolve the final matters in this case and forego the necessity of setting another date for a minor issue after the case has been voluntarily dismissed.

1

3. On March 29, 2011, the Debtors entered into an Engagement Agreement with Applicant for a chapter 11 case.

4. Debtors deposited $10,000.00 in Applicant's IOLTA Account as a retainer along with $1,039.00 for the anticipated filing fee for the chapter 11 petition.

5. On April 13, 2011, Applicant filed a chapter 11 bankruptcy petition on the Debtors' behalf, Case No. 11-15806.

6. On May 11, 2011, the Court entered an order in this case allowing employment of Applicant as the Debtors' attorneys, retroactive to April 13, 2011. A copy of the order is attached as **Exhibit A.**

7. Applicant has performed numerous legal services for the Debtors thus far in this case. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from November 1, 2011 to December 21, 2011, are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**. A copy of Exhibit B has been sent to the Debtors with a request for review of the details, and for objection, if any. The Debtors have not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

8. Applicant's billing detail, arranged *by attorneys*, is attached as **Exhibit C.**

9. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached as **Exhibit D.**

10. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtors and Debtors in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

11. Applicant requests the allowance of payment of compensation for legal services performed during the period from November 1, 2011 to December 8, 2011, as well as the projected time (.5) to be rendered in court on December 21, 2011, in the sum of $6,926.50.

12. The services rendered by Applicant were directly related and necessary to the preparation for and the administration of the chapter 11 case, filing various pleadings on behalf of the Debtors, appearing in court on various matters, preparing adversary proceedings, meeting with Debtors, and preparing and corresponding with the Debtors and other necessary parties on behalf of the Debtors in the chapter 11 case.

13. Applicant is also seeking reimbursement of expenses in the amount of $34.56. An itemization of expenses is attached to this Application as **Exhibit E**.

14. HOURS OF SERVICES SORTED BY CATEGORY OR "NATURE" – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of 19.4 hours of services during the current period. The hours, broken down by natures, are summarized in **Exhibit B**. They are as follows:

   a. **Admin**: Approximately 3.9 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, general correspondence with the Debtors and opposing counsel regarding current issues in the case, reviewing and discussing various motions filed/to be filed on behalf of the Debtors, and conducting meetings with other attorneys working on the case to discuss case strategy and status. For such services, Applicant seeks $1,250.00.

   b. **CashC:** Approximately 1.1 hours of time and service were rendered in connection with Cash Collateral matters including drafting and filing a motion for

3

adequate protection and use of cash collateral, as well as appearing in court on such motion. For such services, Applicant seeks $286.00.

c. **CM**: Approximately 8.3 hours of time and services were rendered in connection with contested matters including, but not limited to, corresponding with Debtors and Debtors' creditors regarding current issues in the Debtors' chapter 11 case and appearing in court concerning contested matters. For such services, Applicant seeks $3,942.00.

d. **DS&P**: Approximately 1.6 hours of time and services were rendered in connection with the Debtor's disclosure statement and plan including, but not limited to, discussing with the other attorneys changes to Debtor's Plan, feasibility of Debtors' Plan with current budget, and appearing in court regarding the status of Debtors' Disclosure Statement and Plan. For such services, Applicant seeks $760.00.

e. **Fee**: Approximately 4.1 hours of time and services were rendered in connection with drafting Applicant's second application for fees and corresponding with Debtor and trustee concerning such fees, appearing in court on second Application, and drafting and appearing in court on Applicant's final application for fees. For such services, Applicant seeks $560.00.

f. **Fin**: Approximately 0.1 hours of time and services were rendered in connection with discussing and corresponding with other counsel regarding Debtor-In-Possession financing for the Debtors. For such services, Applicant seeks $47.50.

    g. **Resrch**: Approximately 0.2 hours of time and services were rendered in connection with legal research including research regarding cash collateral issues concerning creditor Harris. For such services, Applicant seeks $33.00..

    h. **Trste**: Approximately 0.1 hours of time and services were rendered in connection with reviewing the Debtors' 3rd Quarter Trustee's Fees. For such services, Applicant seeks $47.50.

15. HOURS OF SERVICES SORTED BY ATTORNEYS AND CLERKS – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of approximately 19.4 hours of service, broken down by attorney, as indicated on **Exhibit C**. They are as follows:

    a. **Attorney Forrest L. Ingram** provided approximately 12.3 hours of service at $475.00 per hour, including all phases of the chapter 11 case.

    b. **Attorney Michael Ohlman** provided approximately 1.8 hours of service at $250.00 per hour, including all phases of the chapter 11 case.

    c. **Attorney Brent Wilson** provided approximately 1.6 hours of service at $165.00 per hour, including all phases of the chapter 11 case.

    d. **Legal Clerk Andrew Meyer** provided approximately 3.7 hours of service at $100.00 per hour, including all phases of the chapter 11 case.

16. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

17. No additional costs were incurred in representing Debtors for this period.

18. This Application and a Notice of Hearing on the Final Application has been sent to the Debtor, the U.S. Trustee, and to parties entitled to notice. A Notice of Hearing on this Application has likewise been sent to all other creditors and parties in interest, along with a

summary of all services provided by Debtors' counsel to the Debtor. A certificate of service for the Notice has been filed with the Clerk of the Court.

19. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

WHEREFORE**,** Applicant respectfully requests that the Court conduct an appropriate hearing on Applicant's application and allow a reasonable fee to Debtors' Counsel in the sum of **$6,926.50** for services for the period from November 1, 2011 through December 21, 2011, reimbursement of expenses in the amount of **$34.56** (for a total of **$6,961.06)**, and to shorten the notice requirements provided by Federal Rule of Bankruptcy Procedure 2002(a)(6), and for such other relief as may be appropriate.

                                                                   Respectfully submitted,

                                                                   FORREST L. INGRAM, P.C.

                                                                   /s/ Forrest L. Ingram
                                                                   One of the Debtors' Attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 fax